IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: VICKI H. DEYOUNG  ) CHAPTER 7
 )
DEBTOR ) Case No. 14-38023  14-09375
 )
 ) HON. JACQUELINE P. COX
 )

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant:   POPOWCER KATTEN, LTD.

Authorized to Provide
Professional Services to:   R. SCOTT ALSTERDA, TRUSTEE

Date of Order authorizing Employment: November 19, 2014

Period for Which
Compensation is Sought: From November 11, 2014 through December 8, 2014

Amount of Fees Sought:   $ 931.00

Amount of Expense Reimbursement Sought:  $0.00

This is an:  Interim Application_____    Final Application__X___

Previous applications / allowances of this applicant:

Fees Sought:_ NONE                Fees Allowed:_ NONE
Costs Sought:_ NONE              Costs Allowed:_ NONE

Applicant:

Date:  December 8, 2014

By: _____Lois West_____

Lois West, CPA
Certifying Professional

POPOWCER KATTEN, LTD.
35 E. Wacker Drive, Suite 1550
Chicago, IL  60601-2124

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:  VICKI H. DEYOUNG ) | CASE NO. 14-09375 |
| ) | |
| ) | CHAPTER 7 CASE |
| ) | |
| ) | JUDGE JACQUELINE P. COX |
| DEBTOR ) | |

TO:  THE HONORABLE JACQUELINE P. COX
     BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Popowcer Katten, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on March 14, 2014 and this Court on November 19, 2014 authorized the employment of the firm of Popowcer Katten, Ltd. to serve as accountant for the trustee.

2. Applicant requests $ 931.00 in compensation for 3.8 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period November 11, 2014 through December 8, 2014.

3. A description of the nature of the services rendered by the Applicant is as follows:

> Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the for the period ended October 31, 2014 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 3.8 | $245 | $ 931.00 |
| Total | 3.8 | | $ 931.00 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $ 931.00 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: December 8, 2014                RESPECTFULLY SUBMITTED,

                                      _____
                                      Lois West
                                      Certifying Professional
                                      35 E. Wacker Drive
                                      Chicago, IL  60601-2124