# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DEYOUNG, VICKI H | § | Case No. 14-09375 JPC |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        United States Bankruptcy Court
        219 South Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/29/2015 in Courtroom 680 at the,
        United States Courthouse
        219 S. Dearborn Street
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/05/2015        By: Clerk of the U.S. Bankruptcy Court

*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
DEYOUNG, VICKI H § Case No. 14-09375 JPC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,369.47 |
| and approved disbursements of | $ | 38.74 |
| leaving a balance on hand of[1] | $ | 18,330.73 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 2,586.95 | $ 0.00 | $ 2,586.95 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 9.14 | $ 0.00 | $ 9.14 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 4,440.00 | $ 0.00 | $ 4,440.00 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 14.59 | $ 0.00 | $ 14.59 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 931.00 | $ 0.00 | $ 931.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 7,981.68 |
| Remaining Balance | | $ | 10,349.05 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Certificate of Notice   Page 3 of 6

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,415.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CERASTES, LLC | $ 1,397.36 | $ 0.00 | $ 475.46 |
| 000002 | Discover Bank | $ 3,462.33 | $ 0.00 | $ 1,178.08 |
| 000003 | Wells Fargo Bank NA | $ 12,477.48 | $ 0.00 | $ 4,245.53 |
| 000004 | American InfoSource LP as agent for | $ 11,093.62 | $ 0.00 | $ 3,774.67 |
| 000005 | Capital One, N.A. | $ 847.53 | $ 0.00 | $ 288.38 |
| 000006 | Synchrony Bank | $ 1,137.20 | $ 0.00 | $ 386.93 |

Total to be paid to timely general unsecured creditors    $ 10,349.05

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

                      Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

R. SCOTT ALSTERDA
70 WEST MADISON STREET
SUITE 3500
CHICAGO, IL 60602-4283

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                             Case No. 14-09375-JPC
Vicki H Deyoung                                                    Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales            Page 1 of 2            Date Rcvd: Jan 05, 2015
                              Form ID: pdf006            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 07, 2015.
db            +Vicki H Deyoung,    5815 North Sheridan,    Apartment 904,    Chicago, IL 60660-3829
21663425      +Accredited Home Lender,    15253 Avenue Of Science,    San Diego, CA 92128-3437
21663428     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,     4161 Piedmont Pkwy,    Greensboro, NC 27410)
21663429      +Barr Funeral Home,    6222 North Broadway Avenue,    Chicago, IL 60660-1903
21663430      +Blatt, Hasenmiller, Leibsker & Moor,    125 S. Wacker Dr.,    Suite 400,    Chicago, IL 60606-4440
21663432     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
21663431      +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
22038456       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21663433      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
21663434      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
21663435      +Chase-Bp,    Po Box 15298,    Wilmington, DE 19850-5298
21663436      +Chase-Pier,    Po Box 15298,    Wilmington, DE 19850-5298
21663437      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
21663438      +Comenity Bank/Eddiebau,    995 W 122nd Ave,    Westminster, CO 80234-3417
21663444      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
21663445      +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
21663446      +Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
21663449      +Sears/Cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
21663451      +Surfside Condominium Association,    5815 North Sheridan Road,    Chicago, IL 60660-3859
21663453      +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
21663454     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD 21701)
21903093       Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA    50306-0438
21663455      +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
21663456      +Wffinance,    800 Walnut St,    Des Moines, IA 50309-3504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21663427       E-mail/Text: ebnbankruptcy@ahm.honda.com Jan 06 2015 01:26:03       American Honda Finance,
                2170 Point Blvd Ste 100,    Elgin, IL 60123
21663426      +E-mail/Text: ally@ebn.phinsolutions.com Jan 06 2015 01:24:41       Ally Financial,
                200 Renaissance Ctr,    Detroit, MI 48243-1300
21952777       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 06 2015 01:30:12
                American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                Oklahoma City, OK   73124-8866
21863831      +E-mail/Text: bncmail@w-legal.com Jan 06 2015 01:26:03       CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
21866821       E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2015 01:30:27       Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
21663439      +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 06 2015 01:30:27       Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
21663440      +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2015 01:30:19       Gecrb/Empire,    Po Box 981439,
                El Paso, TX 79998-1439
21663441       E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2015 01:30:19       Gecrb/Jcp,    Po Box 984100,
                El Paso, TX 79998
21663442       E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2015 01:28:52       Gecrb/Lord & Tay,    Po Box 965015,
                Orlando, FL 32896-5015
21663443      +E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2015 01:30:20       Gecrb/Walmart,    Po Box 965024,
                Orlando, FL 32896-5024
21663447       E-mail/Text: cio.bncmail@irs.gov Jan 06 2015 01:25:01       Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA 19101-7346
21663448      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 06 2015 01:24:55       Kohls/Capone,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21663450      +E-mail/Text: bkr@cardworks.com Jan 06 2015 01:24:27       Spiegel,    Po Box 9204,
                Old Bethpage, NY 11804-9004
22155800       E-mail/PDF: gecsedi@recoverycorp.com Jan 06 2015 01:30:20       Synchrony Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21663452       Target Nb
                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: ccabrales              Page 2 of 2                  Date Rcvd: Jan 05, 2015
                              Form ID: pdf006              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 5, 2015 at the address(es) listed below:
              David C. Nelson    on behalf of Debtor Vicki H Deyoung dcnelson@nelsonlawoffice.com,
               deanna.trejo@nelsonlawoffice.com;NLO6276706ECF@gmail.com
              Heather M Giannino    on behalf of Creditor   Bank of America, N.A. bankruptcy@hsbattys.com,
               bankruptcy@hsbattys.com
              Patrick F Ross    on behalf of Trustee R Scott Alsterda pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;sbmiller@uhlaw.com;jtruskusky@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Accountant   Popowcer Katten LTD rsalsterda@uhlaw.com,
               ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@uhlaw.com,
               ralsterda@ecf.epiqsystems.com
              R Scott Alsterda    rsalsterda@uhlaw.com,  ralsterda@ecf.epiqsystems.com
                                                                                             TOTAL: 7
```