UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
DEYOUNG, VICKI H                      §    Case No. 14-09375
                                      §
                                      §
         Debtor(s)                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on              . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/R. SCOTT ALSTERDA_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | | | | |
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Surfside Condominium Association 5815 North Sheridan Road Chicago, IL 60660 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA AS TRUSTEE | | | | | |
| R. SCOTT ALSTERDA AS TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | | | | |
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Accredited Home Lender 15253 Avenue Of Science San Diego, CA 92128 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance 2170 Point Blvd Ste 100 Elgin, IL 60123 | | | | | |
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |
| | Barr Funeral Home 6222 North Broadway Avenue Chicago, IL 60660 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moor 125 S. Wacker Dr. Suite 400 Chicago, IL 60606 | | | | | |
| | Cap One 26525 N Riverwoods Blvd Mettawa, IL 60045 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase-Bp Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase-Pier Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Comenity Bank/Eddiebau 995 W 122nd Ave Westminster, CO 80234 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Gecrb/Empire Po Box 981439 El Paso, TX 79998 | | | | | |
| | Gecrb/Jcp Po Box 984100 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Gecrb/Lord & Tay Po Box 965015 Orlando, FL 32896 |  |  |  |  |  |
|  | Gecrb/Walmart Po Box 965024 Orlando, FL 32896 |  |  |  |  |  |
|  | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 |  |  |  |  |  |
|  | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 |  |  |  |  |  |
|  | Kohls/Capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 |  |  |  |  |  |
|  | Sears/Cbna Po Box 6283 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | Spiegel Po Box 9204 Old Bethpage, NY 11804 |  |  |  |  |  |
|  | Target Nb |  |  |  |  |  |
|  | Td Bank Usa/Targetcred Po Box 673 Minneapolis, MN 55440 |  |  |  |  |  |
|  | Wells Fargo Hm Mortgag 8480 Stagecoach Cir Frederick, MD 21701 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wff Cards 3201 N 4th Ave Sioux Falls, SD 57104 | | | | | |
| | Wffinance 800 Walnut St Des Moines, IA 50309 | | | | | |
| | Wffinance 800 Walnut St Des Moines, IA 50309 | | | | | |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000005 | CAPITAL ONE, N.A. | | | | | |
| 000001 | CERASTES, LLC | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000006 | SYNCHRONY BANK | | | | | |
| 000003 | WELLS FARGO BANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-09375 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | DEYOUNG, VICKI H | | | Date Filed (f) or Converted (c): | 03/14/14 (f) |
| | | | | 341(a) Meeting Date: | 04/24/14 |
| For Period Ending: | 02/20/15 | | | Claims Bar Date: | 07/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5815 North Sheridan; Unit #904; Chicago, IL 60660 | 20,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash on Self | 20.00 | 0.00 | | 0.00 | FA |
| 3. Personal Checking from Chase Bank Account #1687 | 100.00 | 0.00 | | 0.00 | FA |
| 4. Table, Chairs, TV, Sofa, Kitchen Utensils | 400.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6. Thrift Savings Plans | 213,854.22 | 0.00 | | 0.00 | FA |
| 7. Beneficiary of an IRA account from John Hancock 32 | 17,000.00 | 18,369.47 | | 18,369.47 | FA |
| 8. 2013 Federal Tax Refund | 459.00 | 0.00 | | 0.00 | FA |
| 9. 2009 Chevrolet Impala LS; 37,000 miles | 9,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $261,133.22 | $18,369.47 | | $18,369.47 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

/s/    R. SCOTT ALSTERDA
_____    Date: 02/20/15
R. SCOTT ALSTERDA

LFORM1    Ver: 18.03b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-09375 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DEYOUNG, VICKI H | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9990 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1013 | | |
| For Period Ending: | 02/20/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/14 | 7 | John Hancock Investments<br>Investment Operations<br>John Hancock Signature Services, Inc.<br>P.O. Box 55913<br>Boston, MA 02205-5913 | Non-Spousal Inherited IRA | 1129-000 | 18,369.47 | | 18,369.47 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.45 | 18,358.02 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.29 | 18,330.73 |
| 01/30/15 | 030001 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Compensation | 2100-000 | | 2,586.95 | 15,743.78 |
| 01/30/15 | 030002 | R. Scott Alsterda as Trustee<br>70 West Madison Street, Suite 3500<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 9.14 | 15,734.64 |
| 01/30/15 | 030003 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,440.00 | 11,294.64 |
| 01/30/15 | 030004 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 14.59 | 11,280.05 |
| 01/30/15 | 030005 | Popowcer Katten, Ltd.<br>c/o Lois West<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Accountant for Trustee Fees (Other | 3410-000 | | 931.00 | 10,349.05 |
| 01/30/15 | 030006 | CERASTES, LLC<br>C O WEINSTEIN,PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400 | Claim 000001, Payment 34.02559% | 7100-000 | | 475.46 | 9,873.59 |

Page Subtotals 18,369.47 8,495.88

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-09375 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DEYOUNG, VICKI H | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9990 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1013 | | |
| For Period Ending: | 02/20/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/15 | 030007 | SEATTLE, WA 98121<br>Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 34.02564% | 7100-000 | | 1,178.08 | 8,695.51 |
| 01/30/15 | 030008 | Wells Fargo Bank NA<br>PO Box 10438<br>Des Moines IA 50306-0438 | Claim 000003, Payment 34.02554% | 7100-000 | | 4,245.53 | 4,449.98 |
| 01/30/15 | 030009 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000004, Payment 34.02559% | 7100-000 | | 3,774.67 | 675.31 |
| 01/30/15 | 030010 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 34.02593% | 7100-000 | | 288.38 | 386.93 |
| 01/30/15 | 030011 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 34.02480% | 7100-000 | | 386.93 | 0.00 |

Page Subtotals         0.00      9,873.59

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-09375 -JPC | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | DEYOUNG, VICKI H | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9990  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1013 | | |
| For Period Ending: | 02/20/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 18,369.47 | 18,369.47 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 18,369.47 | 18,369.47 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 18,369.47 | 18,369.47 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9990 | 18,369.47 | 18,369.47 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 18,369.47 | 18,369.47 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*